JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOBBI MARTINEZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NISSAN NORTH AMERICA, INC., et al.,<br><br>　　　　Defendants. | Case No. EDCV 25-1292-MWF(PDx)<br><br>ORDER GRANTING JOINT STIPULATION TO REMAND |

The Court has considered the parties' Joint Stipulation to Remand (the "Stipulation"). (Docket No. 14). For good cause shown, the Stipulation is GRANTED and the Court ORDERS:

1. This matter is REMANDED back to the Superior Court of the State of California, County of Riverside.
2. All deadlines, dates and events presently on calendar in this matter are VACATED.

**IT IS SO ORDERED.**

Dated: July 14, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge

-1-